# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

136058

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

AMET BATTLE, Personal Representative
of the ESTATE OF LAWRENCE BATTLE,
   Plaintiff-Appellee,

v

TITAN INSURANCE COMPANY,
   Defendant-Appellant.

SC: 136058
COA: 280663
Wayne CC: 06-627116-NF

_____/

   On order of the Court, the application for leave to appeal the February 27, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

p0616

Clerk